# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

DAYS INNS WORLDWIDE, INC.,
*Plaintiff*

V.    SUMMONS IN A CIVIL CASE

ARKA HOSPITALITY, LLC, ET AL.,
*Defendant*

CASE NUMBER: 2:19−CV−01462−KM−MAH

TO: *(Name and address of Defendant):*  Mamta R. Patel
58 Blake Street
San Francisco, California 94118

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bryan P. Couch, Esq.
Connell Foley LLP
1085 Raymond Boulevard
19th Floor
Newark, New Jersey 07102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2019−01−30 20:36:13, Clerk
USDC NJD

MAMTA R. PATEL

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE March 30, 2019 @ 9:22 AM |
|---|---|
| NAME OF SERVER (PRINT) Tony Klein | TITLE CA Registered Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: RAKESH N. PATEL

☐ Returned unexecuted: _____

☐ Other (specify) : _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/30/19
                Date

Signature of Server
Tony Klein
RECON MANAGEMENT GROUP LLC

Address of Server
30400 Telegraph Rd., Ste. 472
Bingham Farms, MI   48025-2364